# AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA**   **DISTRICT COURT**   **CIVIL DIVISION**

Case No. 1:05CV01802 CKK

Plaintiff:
**Wendy Tiefenbacher**
vs.

Defendant:
**AMERICAN ASSOCIATION
OF RETIRED PERSON (AARP)**

I, Anthony Bowling, being duly sworn, depose and say that on the 7th day of November 2005 at 12:10 hrs. I: Delivered a true copy of the **Complaint, Summons, Initial Electronic Case Filing Order, Notice of Right To Consent to Trial** to Anthony Serrette, a representative of CT Corporation (Registered Agent for the above Defendant) located at 1015 15th St. NW Washington D.C.

**Description of Person Served:** Age: 36, Sex: M or F, Race/Skin Color: Brn, Height: 5' 7", Weight: 185, Hair: None, Glasses: Y or N.

The undersigned further certifies that he is over eighteen (18) years of age, and is not a party to this action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE AFORESAID FACTS AND MATTERS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*Anthony Bowling*

Anthony ~~Andrea~~ Bowling     TruthSeekers, LLC
                               P.O. Box 1496
                               Owings Mill, Md. 21117

**WITNESS** my official hand and seal this 15th day of November 2005.

*Darlene L. Jabir*

NOTARY PUBLIC

My Commission Expires: 10/31/09

Darlene L. Jabir
Notary Public, District of Columbia
My Commission Expires 10-31-09