IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY TIEFENBACHER,**<br>           **Plaintiff,**<br><br>      *v.*<br><br>**AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP),**<br>           **Defendant.** | Civil Action No. 1:05cv01802 (CKK) |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant AARP, improperly named herein as American Association of Retired Persons (AARP), by and through its undersigned counsel of record, moves for an extension of time to answer or otherwise plead until Monday, December 19, 2005, and in support thereof states as follows:

1. The Complaint in this case was served on Defendant AARP on November 8, 2005. Accordingly, the deadline to answer or otherwise plead presently is November 28, 2005.

2. Defendant AARP's counsel has just recently been retained to defend this matter, and needs additional time to investigate adequately the allegations and prepare an appropriate response.

3. As no scheduling order has yet issued, the requested extension will not unduly delay the progress of this case.

4. No prior extensions have been requested or granted.

5. Counsel for Plaintiff, Lawrence A. Thrower, Esq. David A. Branch, Esq., has informed counsel for Defendant AARP that he has no objection to the requested

extension of time.

6. Accordingly, Defendant AARP requests a three week extension, until Monday, December 19, 2005, to answer or otherwise plead.

WHEREFORE, Defendant AARP respectfully requests that its consent motion be granted, and that it be given until Monday, December 19, 2005 to answer or otherwise plead.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

_____/s/_____
Frank C. Morris, Jr.
Bar No. 211482

_____/s/_____
Brian Steinbach
Bar No. 256727

1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
Attorneys for Defendant AARP

DATED: November 28, 2005

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Consent Motion to Extend Time to Answer or Otherwise Plead was served this 28th day of November, 2005, by electronic service, on the following:

>Lawrence A. Thrower, Esq.
>The Cochran Firm
>110 New York Avenue, N.W.
>Suite 140, West Tower
>Washington, D.C. 20005
>
>Attorney for Plaintiff

_____/s/_____
Brian Steinbach
D.C. Bar No. 256727