IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY TIEFENBACHER,**<br><br>        Plaintiff,<br><br>    *v.*<br><br>**AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP),**<br><br>        Defendant. | Civil Action No. 1:05cv01802 (CKK) |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant AARP's Motion to Dismiss Count III, any opposition thereto, and the entire record herein, it is

ORDERED, that the Motion to Dismiss Count III is GRANTED in its entirety.

Date: _____, 2006       _____
                                                                                                                    United States District Judge

Copies to:

| | |
|---|---|
| Lawrence A. Thrower, Esq.<br>Bar No. 473875<br>The Cochran Firm<br>110 New York Avenue, N.W.<br>Suite 140, West Tower<br>Washington, D.C. 20005<br>(202)-682-5800<br><br>Attorney for Plaintiff Wendy Tiefenbacher | Frank C. Morris, Jr.<br>Bar No. 211482<br>Brian Steinbach<br>Bar No. 256727<br>Epstein Becker & Green, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br>(202) 861-0900<br><br>Attorneys for Defendant AARP |