IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01802CKK |
| ) | |
| AMERICAN ASSOCIATION OF RETIRED ) | |
| PERSONS (AARP), ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR RECONSIDERATION OF DISMISSAL OF CLAIM**

Plaintiff, Wendy Tiefenbacher, by and through her undersigned counsel of record, moves for reconsideration of this courts grant of Defendant's Motion to Dismiss and in support thereof states as follows:

1. The Motion in this case was served on December 19, 2005. Accordingly, the deadline to reply to Defendant's Motion to Dismiss is January 10, 2006.

2. Plaintiff's attempted to file a Consent Motion to extend time to reply. Counsel for Plaintiff spoke with personnel at the ECF helpdesk about obtaining a password and filing said Consent Motion. Counsel for Plaintiff sent a completed application as directed, a copy of which is attached as exhibit 1. Counsel then emailed the Consent Motion as directed (a printout of the email is attached as exhibit 2). The email was returned (a printout of the return is attached as exhibit 3). The email was resent to a different address without a return (a printout is attached as exhibit 4).

3. Counsel for Plaintiff also called and left a message at the ECF office because the emails were returned. Counsel received a telephone call today, January 11, 2006, indicating that Counsel already had a password. Counsel had no memory of a password for this Court. Counsel has just obtained the password for filing of this document and requests leave of court to file a reply to Defendant's Motion.

4. Accordingly, Plaintiff requests leave to file her request for an extension of time and to file her reply on Friday, January 13, 2006.

WHEREFORE, Plaintiff respectfully requests that its motion be granted and that it be given until Friday, January 13, 2006 to reply to the Motion.

Respectfully submitted,

_____/s/_____
Lawrence A. Thrower
Bar No. 473875
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 234-0000
Attorney for Plaintiff

DATED: January 11, 2006

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Consent Motion to Extend Time to Reply to Defendant's Motion to Dismiss was served this 11th day of January, 2006, by electronic service, on the following:

Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

_____/s/_____
Lawrence A. Thrower
D.C. Bar No. 473875