```
** JOB STATUS REPORT **                    AS OF  JAN 10 2006 14:24     PAGE.01

       JOB #461

       DATE  TIME     TO/FROM        MODE       MIN/SEC    PGS    STATUS
 001   1/10  14:24    2023543023     EC--S      00'17"     002    OK
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: **1:05CV01802CKK**

First Name/Middle Initial/Last Name **Lawrence   A   Thrower**

Last four digits of Social Security Number **1580**

DC Bar ID#: **473875**

Firm Name **The Law Office of Lawrence A. Thrower**

Firm Address **1229 15th Street, N.W.**

**Washington, DC 20005**

Voice Phone Number **202-234-0000**

FAX Phone Number **202-234-8833**

Internet E-Mail Address **throwerlawfirm@comcast.net**

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

ECF Registration Form (May 2004)          Page 1          U.S. District Court for the District of Columbia

**PLAINTIFF'S EXHIBIT 1** (ALL-STATE LEGAL)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: **1:05cv01802CKK**

First Name/Middle Initial/Last Name: **Lawrence   A   Thrower**

Last four digits of Social Security Number: **1580**

DC Bar ID#: **473875**

Firm Name: **The Law Office of Lawrence A. Thrower**

Firm Address: **1229 15th Street, N.W.**

**Washington, DC 20005**

Voice Phone Number: **202-234-0000**

FAX Phone Number: **202-234-8833**

Internet E-Mail Address: **throwerlawfirm@comcast.net**

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:     U.S. District Court for the District of Columbia
                                Attn:   Attorney Admissions
                                333 Constitution Avenue NW, Room 1825
                                Washington, DC  20001

Or FAX to:                      Peggy Trainum
                                U.S. District Court for the District of Columbia
                                (202) 354-3023

Applicant's Signature  _____

_Thraver_         _J_           _1580_
Full Last Name    Initial of    Last 4 Digits SS#
                  First Name

## Lawrence Thrower

**From:** Lawrence Thrower
**Sent:** Tuesday, January 10, 2006 2:39 PM
**To:** 'DCD_cmecf@dcd.uscourt.gov'
**Subject:** Consent Motion to Extend time to reply to Motion to Dismiss and Proposed Order

Attached is my motion to extend time to reply to Defendant's Motion to Dismiss.

Lawrence A. Thrower



PLAINTIFF'S EXHIBIT 2

## Lawrence Thrower

**From:** System Administrator
**To:** DCD_cmecf@dcd.uscourt.gov
**Sent:** Tuesday, January 10, 2006 2:39 PM
**Subject:** Undeliverable: Consent Motion to Extend time to reply to Motion to Dismiss and Proposed Order

Your message did not reach some or all of the intended recipients.

   Subject:    Consent Motion to Extend time to reply to Motion to Dismiss and Proposed Order
   Sent:    1/10/2006 2:39 PM

The following recipient(s) could not be reached:

   DCD_cmecf@dcd.uscourt.gov on 1/10/2006 2:39 PM
      The destination server for this recipient could not be found in Domain Name Service (DNS). Please verify the email address and retry. If that fails, contact your administrator.
      <Mail.CochranFirm.com #5.4.0>



PLAINTIFF'S EXHIBIT 3

1

## Lawrence Thrower

**From:** Lawrence Thrower
**Sent:** Tuesday, January 10, 2006 6:22 PM
**To:** 'dcd_cecf@dcd.uscourts.gov'
**Subject:** CV 018029CKK - Consent motion to extend time to reply to Motion to Dismiss

