IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 1:05cv01802CKK |
| ) | |
| AMERICAN ASSOCIATION OF RETIRED ) | |
| PERSONS (AARP), ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO
REPLY TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Wendy Tiefenbacher, by and through her undersigned counsel of record, moves for an extension of time to reply to Defendant's Motion to Dismiss until January 13, 2006 and in support thereof states as follows:

1. The Motion in this case was served on December 19, 2005. Accordingly, the deadline to reply to Defendant's Motion to Dismiss is January 10, 2006.

2. Plaintiff's counsel needs additional time to research adequately the Motion and prepare an appropriate reply.

3. As no scheduling order has yet been issued, the requested extension will not unduly delay the progress of this case.

4. Counsel for Defendant, Frank C. Morris, Jr., Esq., has informed counsel for Plaintiff that he has no objection to the requested extension of time.

5. Accordingly, Plaintiff requests a three-day extension, until Friday, January 13, 2006, to reply to the Motion.

WHEREFORE, Plaintiff respectfully requests that its consent motion be granted and that it be given until Friday, January 13, 2006 to reply to the Motion.

Respectfully submitted,

_____
Lawrence A. Thrower
Bar No. 473875
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 234-0000
Attorney for Plaintiff

DATED:   January 11, 2006

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Consent Motion to Extend Time to Reply to Defendant's Motion to Dismiss was served this 11th day of January, 2006, by electronic service, on the following:

Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

_____
Lawrence A. Thrower
D.C. Bar No. 473875