# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ASSOCIATION OF RETIRED )<br>PERSONS (AARP), )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05cv01802CKK |

## **ORDER**

**UPON CONSIDERATION OF** Plaintiff's Consent Motion to Extend Time to Reply to Defendant's Motion to Dismiss, it is on this _____ day of _____, 2006,

**ORDERED**, that Plaintiff's request is GRANTED.

_____
JUDGE

COPIES TO:
Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

Lawrence A. Thrower
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 234-0000
Attorney for Plaintiff

Case 1:05-cv-01802-CKK   Document 12   Filed 01/11/2006   Page 1 of 1