# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:05cv01802CKK |
| | ) |
| AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP), | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**UPON CONSIDERATION OF** Defendant's Motion to Dismiss Count III and Plaintiff's Memorandum in opposition thereto, it is on this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion is DENIED.

_____
JUDGE

COPIES TO:
Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

Lawrence A. Thrower
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 234-0000
Attorney for Plaintiff