UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP),<br><br>    Defendant. | Civil Action No. 05-1802 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 27th day of April, 2006, hereby

**ORDERED** that [7] Defendant's Motion to Dismiss Count III of Plaintiff's Complaint is GRANTED; it is further

**ORDERED** that an Initial Scheduling Conference in this case shall be set for Tuesday, May 23, 2006 at 10:15 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

**SO ORDERED**.

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge