IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WENDY TIEFENBACHER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05 cv 01802 |
| v. | ) ) | (CKK) |
| AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP), | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

### MOTION FOR C. GREGORY STEWART, ESQUIRE TO APPEAR IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA PRO HAC VICE

COMES NOW, Plaintiff Wendy Tiefenbacher, by her undersigned counsel, Lawrence Thrower, Esquire with her Motion to Admit, C. Gregory Stewart, Esquire to the United States District Court for the District of Columbia, Pro Hac Vice. In support of her motion, Plaintiff avers as follows:

1. Plaintiff's counsel, Lawrence A. Thrower is a member of the bar for the United States District Court for the District of Columbia number 473875.

2. C. Gregory Stewart is a member of the New Jersey Bar in good standing.

3. Mr. Stewart additionally is admitted to practice in the United States District Court for the District of New Jersey.

4. Mr. Stewart is intimately familiar with the proceedings of the instant litigation and his participation is essential to presenting Plaintiffs case.

WHEREFORE, Plaintiff seeks C. Gregory Stewart, Esquire's admission Pro Hac Vice to the United States District Court for the District of Columbia.

Respectfully submitted,

_____/s/_____
Lawrence A. Thrower
1229 15th Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 234-0000
Facsimile:    (202) 234-8833

_____/s/_____
C. Gregory Stewart
The Law Office of C. Gregory Stewart
1025 Connecticut Avenue, Suite 1000
Washington, D.C.  20036
Telephone:   (202) 327-5450
Facsimile:    (202) 327-5451

Attachment:   Certificate of Good Standing
              Certificate of Good Standing – Supreme of New Jersey