**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| WENDY TIEFENBACHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05 cv 01802 (CKK) |
| AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP), | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

### **DECLARATION OF C. GREGORY STEWART**

I, C. Gregory Stewart, do hereby declare the following:

1. I am admitted to practice law n the State of New Jersey in good standing.

2. I maintain law offices at 535 13th Avenue, Newark, New Jersey 07103, (973) 375-5656 and 1025 Connecticut Avenue, N.W., Suite 1000, Washington, D.C. 20036, (202) 327-5450.

3. I am admitted to practice in the United States District Court for the District of New Jersey.

4. In the last two years I have not been admitted to the United States District Court for the District of Columbia for any reason.

5. I am not a member of the District of Columbia bar but I do practice law from an office located in the District of Columbia pursuant to D.C. Court of Appeals Rule 49(c)(2) (Federal Agency Practice).

Date:   May ___, 2006

                                    Respectfully submitted,

                                    _____/s/_____
                                    C. Gregory Stewart
                                    The Law Office of C. Gregory Stewart
                                    1025 Connecticut Avenue, Suite 1000
                                    Washington, D.C.  20036
                                    Telephone:    (202) 327-5450
                                    Facsimile:      (202) 327-5451