# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
WENDY TIEFENBACHER,                    )
                                       )
            Plaintiff,                 )
                                       )        Civil Action No. 1:05 cv 01802
v.                                     )                    (CKK)
                                       )
AMERICAN ASSOCIATION OF                )
RETIRED PERSONS (AARP),                )
                                       )
                                       )
            Defendant.                 )
                                       )
_____ )

## ORDER

AND NOW, upon consideration of Plaintiffs Motion to Admit C. Gregory

Stewart, Esquire to the United States District Court for the District of Columbia, Pro Hac

Vice and any response thereto,

And good cause having been shown, it is THEREFORE

THIS _____ day of _____, 2006 ORDERED that

Plaintiffs' Motion is GRANTED and that C. Gregory Stewart, Esquire shall be

admitted to the United States District Court for the District of Columbia, PRO HAC

VICE.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___th day of May, 2006 served a copy of Plaintiffs' Motion for C. Gregory Stewart, Esquire to appear in the United States District Court for the District of Columbia Pro Hac Vice, the Declaration of C. Gregory Stewart and the proposed Order by U.S. Mail to:

> Frank C. Morris, Jr., Esquire
> Brian Steinbech, Esquire
> Epstein Becker & Green, P.C.
> 1227 25th Street, N.W., Suite 700
> Washington, D.C.  20037-1175
>
> Attorneys for Defendant, American Association of
>  Retired Persons (AARP)

> _____/s/_____
> Lawrence A. Thrower
> 1229 15th Street, N.W.
> Washington, D.C.  20005
> Telephone:     (202) 234-0000
> Facsimile:     (202) 234-8833