IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WENDY TIEFENBACHER,**

        **Plaintiff,**

  *v.*

**AARP**

        **Defendant.**

Civil Action No. 1:05cv01802 (CKK)

## STIPULATION CORRECTING NAME OF DEFENDANT

Now come the Plaintiff, Wendy Tiefenbacher, and the Defendant, AARP, improperly named herein as "American Association of Retired Persons (AARP)," by their respective counsel, and hereby stipulate that the name of the Defendant should be changed to "AARP," and that consistent therewith any references to "American Association of Retired Persons (AARP)" in the caption or body of any pleadings and in the Court's files should be corrected accordingly.

        Respectfully submitted,

_____/s/_____       _____/s/_____
(Signed by Brian Steinbach with permission    Frank C. Morris, Jr., Esq. (Bar No. 211482)
of Lawrence A. Thrower)                       Brian Steinbach, Esq. (Bar No. 256727)
Lawrence A. Thrower, Esq. (Bar No. 473875)   Epstein Becker & Green, P.C.
Law Office of Lawrence A. Thrower            1227 25th Street, N.W., Suite 700
1229 - 15th Street, NW                          Washington, D.C. 20037
Washington, DC 20005                           (202) 861-0900
(202) 234-0000

                                                  Attorneys for Defendant AARP

Attorney for Plaintiff Wendy Tiefenbacher
Dated: June 5, 2006                                  Dated: June 5, 2006

SO ORDERED:

                                                     DATE: _____, 2006

_____
DISTRICT COURT JUDGE