**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WENDY TIEFENBACHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN ASSOCIATION OF RETIRED ) <br> PERSONS (AARP), ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05cv01802CKK <br><br> Discovery Closed: 9/29/06 |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The Parties, by and through counsel of record in this matter, move for an amendment of the Scheduling Order in this matter. Specifically, the Parties request that the Scheduling Order be amended to extend the time for discovery in this matter by 90 days. In support of this Motion the Parties state as follows:

1. The Scheduling Order in this matter requires that discovery in this matter close on September 29, 2006.

2. The Parties have propounded and answered discovery, although at this time written discovery is not complete.

3. The Parties recently agreed upon a Protective Order that will facilitate further written discovery replies that are necessary in this matter.

4. The Court has granted no previous extensions of time in this matter.

5. This Motion is necessary because after written discovery is completed, the Parties must complete depositions in this matter. Despite efforts by counsel in this matter, schedule conflicts have prevented the completion of deposition testimony in this matter. As of the writing

of this Motion, counsel are scheduling dates to depose witnesses in this matter and request the Court's extension to complete discovery in this matter.

6.   If the Court grants this Motion, the only effect at this time would be the possible need to reschedule the Status Hearing currently scheduled for October 20, 2006. This Motion does not effect any other set deadlines.

7.   This Motion is a joint motion, filed with the concurrence of both counsel in this matter. All counsel in this matter agree to the request in this Motion.

WHEREFORE, Plaintiff respectfully requests that its Motion be granted and that the deadline for discovery to close be extended by 90 days to December 29, 2006.

Respectfully submitted,

| /s/ | /s/* |
|---|---|
| Lawrence A. Thrower, Esq. (Bar No. 473875) | (Signed by Lawrence A. Thrower with |
| Law Office of Lawrence A. Thrower | permission of Brian Steinbach) |
| 1229 - 15th Street, NW | Frank C. Morris, Jr., Esq. (Bar No. 211482) |
| Washington, DC 20005 | Brian Steinbach, Esq. (Bar No. 256727) |
| (202)-234-0000 | Epstein Becker & Green, P.C. |
|  | 1227 25th Street, N.W., Suite 700 |
|  | Washington, D.C. 20037 |
| Attorney for Plaintiff Wendy Tiefenbacher | (202) 861-0900 |
| Dated: September 29, 2006 | Attorneys for Defendant AARP |
|  | Dated: September 29, 2006 |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Consent Motion to Amend the Scheduling Order was served this 29th day of September, 2006, by electronic service, on the following:

Brian Steinbach, Esq.
Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

/s/
Lawrence A. Thrower
D.C. Bar No. 473875