IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01802CKK |
| ) | |
| AMERICAN ASSOCIATION OF RETIRED ) | |
| PERSONS (AARP), ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**UPON CONSIDERATION OF** the Parties' Joint Motion to Amend the Scheduling Order, it is on this _____ day of _____, 2006,

**ORDERED**, that said Motion is GRANTED.

**IT IS FURTHER ORDERED** that The Scheduling Order is hereby amended to reflect that Discovery in this matter will close on December 29, 2006.

_____
JUDGE

COPIES TO:
Frank C. Morris, Jr., Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

Lawrence A. Thrower
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 234-0000
Attorney for Plaintiff