IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY TIEFENBACHER,**<br><br>            **Plaintiff,**<br><br>*v.*<br><br>**AARP,**<br><br>            **Defendant.** | Civil Action No. 1:05cv01802 (CKK) |

**JOINT MOTION TO RECONSIDER DENIAL OF
JOINT MOTION TO AMEND THE SCHEDULING ORDER**

The Parties, by and through their counsel of record in this matter, respectfully jointly move for reconsideration of the Court's October 2, 2006 Order denying without prejudice the Parties' Joint Motion to Amend the Scheduling Order in this case. In support thereof, the Parties state as follows:

1.  On September 29, 2006, the Parties filed their Joint Motion to Amend the Scheduling Order, requesting a 90-day extension of the time for discovery in this matter.

2.  The Court denied the Joint Motion, without prejudice, on the grounds that the Parties had not filed a discovery plan by June 16, 2006, as ordered by the Court on May 23, 2006.

3.  The Parties respectfully submit, however, that they did timely file their Joint Discovery Plan on June 16, 2006. Attached as Exhibit A is a copy of the Court's docket showing that on June 16, 2006, a "Meet and Confer Statement," document #22, was filed by counsel for Defendant on behalf of both Parties. Attached as Exhibit B is a copy of document 22, as filed with the Court on June 16, 2006, bearing the title ""Joint Discovery Plan."

DC:763349v1

4. It appears that the filing of the Joint Discovery Plan may have been overlooked because the document itself, which reflects the results of counsel meeting and conferring to prepare their discovery plan, bears a different title than the actual docket entry.

5. The Parties apologize for any confusion that the may have occurred due to the difference between the title of the docket entry and the title of the document itself.

6. Accordingly, the Parties respectfully request that that the Court reconsider the denial of their motion, and grant their request for a ninety-day extension of discovery. Should the Court desire that the Parties also submit an amended discovery plan reflecting more precise dates for the discovery they anticipate undertaking during this ninety-day extension, the Parties request that they be granted two weeks to provide such an amended discovery plan.

WHEREFORE, the Parties respectfully request that their motion to reconsider be granted, and that the Court grant their prior Joint Motion to Amend Scheduling Order.

An appropriate Order is attached.

Respectfully submitted,

| /s/* | /s/ |
|---|---|
| *Signed by Brian Steinbach with the permission of Lawrence A. Thrower) | Frank C. Morris, Jr., Esq. (Bar No. 211482) |
| Lawrence A. Thrower, Esq. (Bar No. 473875) | Brian Steinbach, Esq. (Bar No. 256727) |
| Law Office of Lawrence A. Thrower | Epstein Becker & Green, P.C. |
| 1229 - 15th Street, NW | 1227 25th Street, N.W., Suite 700 |
| Washington, DC 20005 | Washington, D.C. 20037 |
| (202)-234-0000 | (202) 861-0900 |

Attorney for Plaintiff Wendy Tiefenbacher    Attorneys for Defendant AARP

Dated:  October 4, 2006          October 4, , 2006

2