IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WENDY TIEFENBACHER,**

        **Plaintiff,**

  *v.*                                      Civil Action No. 1:05cv01802 (CKK)

**AARP,**

        **Defendant.**

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of the Joint Motion to Reconsider Denial of Joint Motion to Amend the Scheduling Order, and the entire record herein, it is

ORDERED, that the Joint Motion to Reconsider Denial of Joint Motion to Amend the Scheduling Order is GRANTED; and it is further

ORDERED that the Scheduling Order is herby amended to reflect that discovery in this matter will close on December 29, 2006.


Date: _____, 2006        _____
                                                                       United States District Judge

Copies to:

| | |
|---|---|
| Lawrence A. Thrower, Esq. | Frank C. Morris, Jr. |
| Bar No. 473875 | Bar No. 211482 |
| The Cochran Firm | Brian Steinbach |
| 110 New York Avenue, N.W. | Bar No. 256727 |
| Suite 140, West Tower | Epstein Becker & Green, P.C. |
| Washington, D.C. 20005 | 1227 25th Street, N.W., Suite 700 |
| (202)-682-5800 | Washington, D.C. 20037 |
| | (202) 861-0900 |
| Attorney for Plaintiff Wendy Tiefenbacher | Attorneys for Defendant AARP |