**EXHIBIT A**

JURY, TYPE-H

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01802-CKK

TIEFENBACHER v. AMERICAN ASSOCIATION OF RETIRED PERSONS
Assigned to: Judge Colleen Kollar-Kotelly
Demand: $1,000,000
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 09/12/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**WENDY TIEFENBACHER**    represented by **Lawrence Alex Thrower**
229 15th Street, NW
Washington, DC 20005
(202) 243-0000
Fax: (202) 234-8833
Email: throwerlawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERICAN ASSOCIATION OF RETIRED PERSONS**
*(AARP)*    represented by **Frank Charles Morris, Jr.**
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037
(202) 861-1880
Fax: (202) 296-2882
Email: fmorris@ebglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Wayne Steinbach**
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue
35th Floor
Chicago, IL 60601
(202) 861-0900
Fax: (202) 861-2882
Email: bsteinbach@ebglaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/12/2005 | 1 | COMPLAINT against AMERICAN ASSOCIATION OF RETIRED PERSONS (Filing fee $ 250) filed by WENDY TIEFENBACHER.(jf, ) (Entered: 09/15/2005) |
| 09/12/2005 | | Summons (1) Issued as to AMERICAN ASSOCIATION OF RETIRED PERSONS. (jf, ) (Entered: 09/15/2005) |
| 09/21/2005 | 2 | ORDER Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly signed on September 21, 2005. (SM) (Entered: 09/21/2005) |
| 11/21/2005 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AMERICAN ASSOCIATION OF RETIRED PERSONS served on 11/7/2005, answer due 11/28/2005 (td, ) (Entered: 11/28/2005) |
| 11/28/2005 | 4 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, Summons Issued by AMERICAN ASSOCIATION OF RETIRED PERSONS. (Steinbach, Brian) (Entered: 11/28/2005) |
| 11/29/2005 | 5 | NOTICE of Appearance by Frank Charles Morris, Jr on behalf of AMERICAN ASSOCIATION OF RETIRED PERSONS (Morris, Frank) (Entered: 11/29/2005) |
| 12/01/2005 | | MINUTE ENTRY - PAPERLESS ORDER granting 4 Motion for Extension of Time to Answer Complaint until and including December 19, 2005. Signed by Judge Colleen Kollar-Kotelly on December 1, 2005. (SM) (Entered: 12/01/2005) |
| 12/19/2005 | 6 | ANSWER to Complaint *Counts I, II and IV* by AMERICAN ASSOCIATION OF RETIRED PERSONS.(Steinbach, Brian) (Entered: 12/19/2005) |
| 12/19/2005 | 7 | MOTION to Dismiss *Count III* by AMERICAN ASSOCIATION OF RETIRED PERSONS. (Attachments: # 1 Text of Proposed Order)(Steinbach, Brian) (Entered: 12/19/2005) |
| 01/11/2006 | | MINUTE ORDER (paperless): On December 19, 2005, Defendant filed a Motion to Dismiss Count III of Plaintiff's Complaint in this action. Plaintiff has not responded to this motion, despite the fact that the statutory period of time -- set out in Local Civil Rule 7(b) and calculated pursuant to Federal Rule of Civil Procedure 6(a) -- for which to oppose the motion has passed. According, the Court hereby GRANTS 7 Defendant's Motion to Dismiss Count III of Plaintiff's Complaint as conceded, and dimisses Count III without prejudice. It is FURTHER ORDERED that an Initial Scheduling Conference in this case is set for Wednesday, February 15, 2006, at 10:30 a.m. in Courtroom 28 of the 6th floor of the Annex. Signed by Judge Colleen Kollar-Kotelly on January 11, 2006. (lcckk2) (Entered: 01/11/2006) |
| 01/11/2006 | 8 | MOTION for Reconsideration *of Dismissal of Count III of the Complaint* by WENDY TIEFENBACHER. (Attachments: # 1 Exhibit Exhibits to the Motion)(Thrower, Lawrence) Additional attachment(s) added on 1/12/2006 (nmw, ). (Entered: 01/11/2006) |
| 01/11/2006 | 9 | ENTERED IN ERROR..... MOTION for Order *Granting Reconsideration* by WENDY TIEFENBACHER. (Thrower, Lawrence) Modified on 1/12/2006 (nmw, ). (Entered: 01/11/2006) |
| 01/11/2006 | 10 | Consent MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss Count III of the Complaint* by WENDY TIEFENBACHER. (Thrower, Lawrence) Additional attachment(s) added on 1/12/2006 (nmw, ). (Entered: 01/11/2006) |

| | | |
|---|---|---|
| 01/11/2006 | 11 | ENTERED IN ERROR.....Consent MOTION for Order *Granting Extension of time to Reply to Defendant's Motion to Dismiss* by WENDY TIEFENBACHER. (Thrower, Lawrence) Modified on 1/12/2006 (nmw, ). (Entered: 01/11/2006) |
| 01/12/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 9 and 11 were entered in error as motions. The proposed orders have been added to the entries of their appropriate motions. (nmw, ) (Entered: 01/12/2006) |
| 01/14/2006 | 12 | Memorandum in opposition to re 7 *Defendant's Motion to Dismiss Count III* filed by WENDY TIEFENBACHER. (Attachments: # 1 Text of Proposed Order Proposed Order)(Thrower, Lawrence) Modified on 1/30/2006 (tg, ). (Entered: 01/14/2006) |
| 01/18/2006 | | MINUTE ORDER (paperless): Upon consideration of Plaintiff's documented ECF problems and the subsequently filed Consent Motion for Extension of Time, the Court shall grant nunc pro tunc 10 Plaintiff's Motion for Extension of Time to File Response/Reply to Defendant's Motion to Dismiss Count III of the Complaint, and shall grant 8 Plaintiff's Motion for Reconsideration of the Court's January 11, 2006 Order dismissing Count III due to Plaintiff's failure to timely respond to Defendant's Motion to Dismiss. As such, the Court shall resolve Defendant's Motion to Dismiss Count III of the Complaint on its merits once the motion is fully briefed. In the interest of justice, Defendant's Reply to Plaintiff's Opposition shall be due by Friday, January 27, 2006. Given that the Court will need to resolve the motion on its merits prior to an Initial Scheduling Conference, it is FURTHER ORDERED that the Initial Scheduling Conference in this case previously set for Wednesday, February 15, 2006, at 10:30 a.m. is VACATED. When the Court resolves Defendant's Motion to Dismiss Count III, the Court shall notify the parties as to when the ISC will take place. Signed by Judge Colleen Kollar-Kotelly on January 18, 2006. (lcckk2) (Entered: 01/18/2006) |
| 01/27/2006 | 13 | RESPONSE to 12 *Plaintiff's Memorandum in Opposition to Defendant's 7 Motion to Dismiss Count III of the Claim* filed by AMERICAN ASSOCIATION OF RETIRED PERSONS. (Steinbach, Brian) Modified on 1/30/2006 (nmw, ). Modified on 1/30/2006 (tg, ). (Entered: 01/27/2006) |
| 04/27/2006 | 14 | ORDER granting 7 Defendant's Motion to Dismiss Count III of Plaintiff's Complaint and setting an Initial Scheduling Conference in this case for Tuesday, May 23, 2006 at 10:15 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex. Signed by Judge Colleen Kollar-Kotelly on April 27, 2006. (lcckk2) (Entered: 04/27/2006) |
| 04/27/2006 | 15 | MEMORANDUM OPINION. Signed by Judge Colleen Kollar-Kotelly on April 27, 2006. (lcckk2) (Entered: 04/27/2006) |
| 05/12/2006 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- C. Gregory Stewart. :Address- 1025 Connecticut Ave., NW, Suite 1000, Washington, DC 20036. Phone No. - 202-327-5450. Fax No. - 202-327-5451 by WENDY TIEFENBACHER. (Attachments: # 1 # 2 Exhibit)(Thrower, Lawrence) Additional attachment(s) added on 5/15/2006 (nmw, ). (Entered: 05/12/2006) |
| 05/12/2006 | 17 | ENTERED IN ERROR..... MOTION for Order by WENDY TIEFENBACHER. (Thrower, Lawrence) Modified on 5/15/2006 (nmw, ). (Entered: 05/12/2006) |
| 05/15/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 17 was entered in error as a motion and has been added to Document No. 16.(nmw, ) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/16/2006 | 18 | MEET AND CONFER STATEMENT. (Thrower, Lawrence) (Entered: 05/16/2006) |
| 05/22/2006 | 19 | ORDER denying without prejudice 16 Plaintiff's Motion for Leave to Allow C. Gregory Stewart, Esq., to Appear Pro Hac Vice. Signed by Judge Colleen Kollar-Kotelly on May 22, 2006. (lcckk2) (Entered: 05/22/2006) |
| 05/23/2006 | | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly : Initial Scheduling Conference held on 5/23/2006. Motion to amend pleadings due 7/7/2006. Discovery plan due 6/16/2006. Discovery due 9/29/2006. Status set for 10/20/2006 at 9:30 a.m. (Court Reporter Edward Hawkins.) (dot, ) (Entered: 05/23/2006) |
| 05/23/2006 | 20 | SCHEDULING AND PROCEDURES ORDER: Amended Pleadings due by 7/7/2006; with oppositions due 10 days later; and replies due 5 days later. Discovery due by 9/29/2006. Discovery Plan due 6/16/2006. Status Conference set for 10/20/2006 09:30 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. Signed by Judge Colleen Kollar-Kotelly on 5/23/06. (dot, ) (Entered: 05/23/2006) |
| 06/05/2006 | 21 | STIPULATION *Correcting Name of Defendant* by AMERICAN ASSOCIATION OF RETIRED PERSONS. (Steinbach, Brian) (Entered: 06/05/2006) |
| 06/16/2006 | 22 | MEET AND CONFER STATEMENT. (Steinbach, Brian) (Entered: 06/16/2006) |
| 09/22/2006 | 23 | Unopposed MOTION for Protective Order *Stipulated Protective Order* by AMERICAN ASSOCIATION OF RETIRED PERSONS. (Steinbach, Brian) (Entered: 09/22/2006) |
| 09/26/2006 | 24 | STIPULATED PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal. Signed by Judge Colleen Kollar-Kotelly on 9/25/06. (tth, ) (Entered: 09/26/2006) |
| 09/29/2006 | 25 | ENTERED IN ERROR. . . .Joint MOTION to Amend/Correct 20 Scheduling Order,, Set Deadlines/Hearings, by WENDY TIEFENBACHER. (Thrower, Lawrence) Modified on 10/2/2006 (td, ). (Entered: 09/29/2006) |
| 09/29/2006 | 26 | Joint MOTION to Amend/Correct 20 Scheduling Order,, Set Deadlines/Hearings, by WENDY TIEFENBACHER. (Attachments: # 1 Text of Proposed Order Amending the Scheduling Order)(Thrower, Lawrence) (Entered: 09/29/2006) |
| 09/29/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 25 Joint MOTION to Amend/Correct 20 Scheduling Order,, Set Deadlines/Hearings, was entered in error and refiled as document no. 26.(td, ) (Entered: 10/02/2006) |
| 10/03/2006 | | MINUTE ENTRY ORDER (paperless) denying without prejudice 26 Joint Motion to Amend the Scheduling Order. On May 23, 2006, the Court conducted an initial scheduling conference and adopted the parties' proposed deadline for discovery in this case, September 29, 2006. A discovery plan which would address dates for submitting discovery and tentative deposition schedules was ordered to be filed by the parties by June 16, 2006. No such discovery plan was ever filed by the parties. Instead, on a date when discovery was to have closed, the parties have requested an extension of three months. The extension would have required vacating the present Status Hearing date of October 20, 2006. Since the parties are not in compliance with the Court's discovery orders, the Court will not authorize an extension of discovery without a joint discovery plan being submitted for the Court's consideration. At this point, no court ordered discovery is authorized. Signed by Judge Colleen Kollar-Kotelly on October 3, 2006. (SM) (SM, ) (Entered: 10/03/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2006 18:48:44 | | | |
| PACER Login: | ep0017 | Client Code: | 48640-010-536 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01802-CKK |
| Billable Pages: | 3 | Cost: | 0.24 |

**Brian Steinbach**

| | |
|---|---|
| From: | DCD_ECFNotice@dcd.uscourts.gov |
| Sent: | Tuesday, October 03, 2006 6:20 PM |
| To: | DCD_ECFNotice@dcd.uscourts.gov |
| Subject: | Activity in Case 1:05-cv-01802-CKK TIEFENBACHER v. AMERICAN ASSOCIATION OF RETIRED PERSONS "Order on Motion to Amend/Correct" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from SM, entered on 10/3/2006 at 6:19 PM and filed on 10/3/2006
**Case Name:**     TIEFENBACHER v. AMERICAN ASSOCIATION OF RETIRED PERSONS
**Case Number:**   1:05-cv-1802
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ENTRY ORDER (paperless) denying without prejudice [26] Joint Motion to Amend the Scheduling Order. On May 23, 2006, the Court conducted an initial scheduling conference and adopted the parties' proposed deadline for discovery in this case, September 29, 2006. A discovery plan which would address dates for submitting discovery and tentative deposition schedules was ordered to be filed by the parties by June 16, 2006. No such discovery plan was ever filed by the parties. Instead, on a date when discovery was to have closed, the parties have requested an extension of three months. The extension would have required vacating the present Status Hearing date of October 20, 2006. Since the parties are not in compliance with the Court's discovery orders, the Court will not authorize an extension of discovery without a joint discovery plan being submitted for the Court's consideration. At this point, no court ordered discovery is authorized. Signed by Judge Colleen Kollar-Kotelly on October 3, 2006. (SM) (SM, )

The following document(s) are associated with this transaction:

**1:05-cv-1802 Notice will be electronically mailed to:**

Frank Charles Morris , Jr    fmorris@ebglaw.com,

Brian Wayne Steinbach    bsteinbach@ebglaw.com,

Lawrence Alex Thrower    throwerlawfirm@comcast.net

**1:05-cv-1802 Notice will be delivered by other means to:**

10/3/2006