IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WENDY TIEFENBACHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05 CV 01802 (CKK) |
| AARP, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

COMES NOW, the parties, by their undersigned counsel, pursuant to the Court's Order of March 30, 2007, and submit the following Joint Status Report as to Discovery Plan, as follows:

1. In accordance with the Court's Order of March 30, 2007, the remaining discovery in this matter is limited to: (1) five rescheduled depositions; (2) Defendant's supplemental response to previously served interrogatories regarding severance agreements and the production of those agreements if requested; and (3) discovery engendered by those responses to interrogatories and 79 page of documents produced on March 29, 2007.

2. Defendant will supply its supplemental response to the interrogatories regarding severance agreements by Monday, April 16, 2007, make copies of any pertinent severance agreements available for inspection during the week of April 16, 2007, and provide requested copies following inspection.

3. The parties intend for the five rescheduled depositions to occur during the period April 30 through May 17, 2007, and have agreed to the following tentative schedule, subject to witness availability:

    Annette Cureton: May 1
    Adrienne Loftin: May 2
    Russ Consaul: May 4
    Carl Lehmann-Haupt: May 8
    Eric Seidman: May 10

DC:944843v2

4. Plaintiff will inform Defendant of any additional discovery sought as a result of the supplemental discovery responses and the documents produced on March 29, 2007 no later than Tuesday, May 1, 2007.

5. A status conference for this matter is presently set for May 22, 2007 at 11:30 a.m.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ * |
| Lawrence A. Thrower, Esq. (Bar No. 473875) | *Signed by Lawrence A. Thrower with the permission of Brian Steinbach) |
| Law Office of Lawrence A. Thrower | Frank C. Morris, Jr., Esq. (Bar No. 211482) |
| 1229 - 15th Street, NW | Brian Steinbach, Esq. (Bar No. 256727) |
| Washington, DC 20005 | Epstein Becker & Green, P.C. |
| (202)-234-0000 | 1227 25th Street, N.W., Suite 700 |
| | Washington, D.C. 20037 |
| Attorney for Plaintiff Wendy Tiefenbacher | (202) 861-0900 |
| Dated: April 2, 2007 | |
| | Attorneys for Defendant AARP |
| | April 2, 2007 |

2