UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY TIEFENBACHER** : | |
| Plaintiff : | |
| v. : | Civil Action No. **05cv1802** |
| : | Judge Colleen Kollar-Kotelly |
| **AMERICAN ASSOCIATION OF** : | |
| **RETIRED PERSONS (AARP)** : | |
| Defendant : | |

**ORDER**

On September 11, 2007, the Court received notice from Magistrate Judge Alan Kay that the parties have reached a settlement in principle.

Accordingly, it is this __11th__ day of September, 2007,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order [until October 26, 2007]. Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

/s/
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge