IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY TIEFENBACHER,<br><br>    Plaintiff,<br><br>v.<br><br>AARP,<br><br>    Defendant. | Civil Action No. 1:05cv01802 (CKK) |

### STIPULATION OF DISMISSAL

NOW COME Plaintiff, Wendy Tiefenbacher, by her attorney, and Defendant, AARP, by its attorneys, and hereby stipulate to dismissal of this action, with prejudice and without costs, each side to bear their own attorneys' fees.

Respectfully submitted,

_____
Lawrence A. Thrower, Esq.
Bar No. 473875
Law Office of Lawrence A. Thrower
10410 Kensington Parkway, Suite 202
Kensington, MD 20895
(301) 962-5002

Attorney for Plaintiff Wendy Tiefenbacher

_____
Frank C. Morris, Jr., Esq.
Bar No. 211482
Brian Steinbach, Esq.
Bar No. 256727
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900

Attorneys for Defendant AARP

### EXHIBIT A